UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                )
                                      )
Business of the Court.                )

## ORDER

Pursuant to Fed. R. Civ. P. 16 ( c )(16), the Court, upon careful consideration, finds that in order to facilitate a just, speedy and inexpensive disposition of these actions, the pending cases identified below are consolidated and assigned to Judge Henry E. Autrey for the limited purpose of considering and ruling on the motions for remand currently pending or which may be filed in each case. Upon resolution of these motions, this consolidation shall be terminated and the cases will be restored to the dockets of the Judges who were originally assigned at time of filing for all further proceedings, unless otherwise ordered.

The lead case for purposes of this consolidation is **K. B. v. Janssen Pharmaceutica, L.P., et al., 4:05 CV1914 HEA.** The clerk is directed to docket this order in each of the cases identified below:

    4:05CV1971 TCM – D. Y, v. Janssen Pharmaceutica, L.P., et al.
    4:05CV1972 ERW – H. S., et al. v. Janssen Pharmaceutica, L.P., et al.
    4:05CV1996 JCH – R. S. v. Janssen Pharmaceutica, L.P., et al.
    4:05CV2162 DDN – Lois Baer v. Janssen Pharmaceutica, L.P., et al.
    4:05CV2167 JCH – Charles Ramsey v. Janssen Pharmaceutica, L.P., et al.
    4:05CV2204 DDN – Thomas Romero v. Janssen Pharmaceutica, L.P., et al.
    4:05CV2233 DDN – Justin Rabin v. Janssen Pharmaceutica, L.P., et al.
    4:05CV2240 ERW – Magen Dierenfield v. Janssen Pharmaceutica, L.P., et al.

4:05CV2245 AGF – M.S. v. Janssen Pharmaceutica, L.P., et al.

4:05CV2273 DDN – Kathleen Stutz v.Janssen Pharmaceutica, L.P., et al.

4:05CV2275 DDN – Patricia Ziegler v. Janssen Pharmaceutica, L.P., et al.

4:05CV2282 JCH – Jack Geeslin v. Janssen Pharmaceutica, L.P., et al.

4:05CV2287 SNL – Amy Tolbert v. Janssen Pharmaceutica, L.P., et al.

4:05CV2288 TCM – Mary Miller v. Janssen Pharmaceutica, L.P., et al.

4:05CV2291 JCH – James Young v. Janssen Pharmaceutica, L.P., et al.

4:05CV2341 FRB – Sara Crose v. Janssen Pharmaceutica, L.P., et al.

4:05CV2342 ERW – Tracy Abassi v. Janssen Pharmaceutica, L.P., et al.

**SO ORDERED** this 2nd day of February, 2006.

_____
CAROL E. JACKSON
CHIEF UNITED STATES DISTRICT JUDGE